# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Electronic Privacy Information Center

**v.**                                    **Case No:** 11-5233

National Security Agency

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually.  Use an additional blank sheet as necessary)

◉ Appellant(s)/Petitioner(s)    ○ Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

Electronic Privacy Information Center

_____
Names of Parties

_____
Names of Parties

### Counsel Information

**Lead Counsel:** Marc Rotenberg, Esquire (DC Bar #422825)

Direct Phone: ( 202 )  483-1140  Fax: ( 202 )  483-1248  Email: rotenberg@epic.org

**2nd Counsel:** John Verdi, Esquire (DC Bar #495764)

Direct Phone: ( 202 )  483-1140  Fax: ( 202 )  483-1248  Email: verdi@epic.org

**3rd Counsel:** _____

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email: _____

**Firm Name:** Electronic Privacy Information Center

**Firm Address:** 1718 Connecticut Avenue, Northwest, Suite 200, Washington, D.C. 20009

**Firm Phone:** ( 202 )  483-1140  Fax: ( 202 )  483-1248  Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)