# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Appellant, ) ) v. ) ) NATIONAL SECURITY AGENCY ) ) Appellee. ) | No. 11-5233 |

## STATEMENT OF INTENT NOT TO UTILIZE DEFERRED JOINT APPENDIX

I hereby certify that on the 12th day of October 2011, that a deferred joint appendix will not be utilized in this matter. The final joint appendix will be filed with the appellant's opening brief as required by the Federal Rules of Appellate Procedure and the D.C. Cir. Rules.

                                              */s/ John Verdi*
                                              John Verdi
                                              *Counsel for Appellant*

1