## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **)** | |
| ELECTRONIC PRIVACY ) | |
| INFORMATION CENTER ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | No. 11-5233 |
| ) | |
| NATIONAL SECURITY AGENCY ) | |
| ) | |
| Appellee. ) | |
| ) | |

### F.R.A.P. 26.1 CORPORATE DISCLOSURE STATEMENT

Appellant the Electronic Privacy Information Center (EPIC) is a public interest research center in Washington, D.C., that was established in 1994 to focus public attention on emerging civil liberties issues and to protect privacy, the First Amendment, and other constitutional values. EPIC is a 501(c)(3) non-profit corporation. EPIC has no parent, subsidiary, or affiliate. EPIC has never issued shares or debt securities to the public.

Respectfully submitted,

_____*/s/ John Verdi*_____

MARC ROTENBERG
JOHN VERDI
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, D.C. 20009
(202) 483-1140
*Counsel for Plaintiff*

1