# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Appellant, )<br><br>v. )<br><br>NATIONAL SECURITY AGENCY )<br><br>Appellee. ) | No. 11-5233 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2011, I served the foregoing INITIAL SUBMISSIONS, including the transcript status report, civil docketing statement, entry of appearance, a copy of the underlying decision, a statement of the issues to be raised, the certificate as to parties, rulings, and related cases, a corporate disclosure statement, and a statement on the deferred appendix, by certified mail and electronic case filing upon:

ROBERT EVANS KOPP
LD NTC Gvt Atty US DOJ
U.S. Department of Justice
(DOJ) Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Tel.   (202) 514-2000
robert.kopp@usdoj.gov

_____ */s/ John Verdi*_____
John Verdi
*Counsel for Appellant*